**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Karen** First Name | First Name |
|  | Middle Name | Middle Name |
|  | **Cormier** Last Name | Last Name |
|  | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name | First Name |
|  | Middle Name | Middle Name |
|  | Last Name | Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 5 6 2 OR 9xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____ OR 9xx – xx – ____ ____ ____ |

Debtor 1    **Karen Cormier**                                              Case number (if known)

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

**400 Clifton St**
Number    Street

_____

_____

**Thibodaux          LA      70301**
City                  State    ZIP Code

**Lafourche**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

_____

P.O. Box

_____

City                  State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

City                  State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

_____

P.O. Box

_____

City                  State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

**Part 2:     Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one:  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **Karen Cormier**                                          Case number (if known) _____

8. **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____    When _____    Case number _____
                                                  MM / DD / YYYY

District _____    When _____    Case number _____
                                                  MM / DD / YYYY

District _____    When _____    Case number _____
                                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                                  MM / DD / YYYY    if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                                  MM / DD / YYYY    if known

11. **Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☐ No.  Go to line 12.
   ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Karen Cormier**                            Case number (if known) _____

---

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any _____

Number    Street _____

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City _____    State _____    ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number    Street

_____

City _____    State _____    ZIP Code _____

Debtor 1    **Karen Cormier**                                        Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

15. **Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Karen Cormier**                                    Case number (if known)  _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

- ☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor 1 | Karen Cormier | | Case number (if known) | |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ Karen Cormier    _Karen Cormier_    X _____
Karen Cormier, Debtor 1                                    Signature of Debtor 2

Executed on **06/08/2017**                      Executed on _____
　　　　　　MM / DD / YYYY                                   MM / DD / YYYY

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Elisabeth D. Harrington** _____    Date  **06/08/2017** _____
   Signature of Attorney for Debtor                                          MM / DD / YYYY

**Elisabeth D. Harrington** _____
Printed name

**Harrington & Myers** _____
Firm Name

**2901 N. Causeway Blv** _____
Number      Street

**Suite 303** _____

_____

**Metairie** _____    **LA**    **70002** _____
City                                  State    ZIP Code

Contact phone  **(504) 861-0550** _____    Email address _____

**20852** _____    **la** _____
Bar number                             State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | <u>Karen</u> | | <u>Cormier</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF LOUISIANA</u>

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                           12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**2Karen Cormier**
Street address, if available, or other description

**400 Clifton St**

**Thibodaux        LA    70301**
City                State   ZIP Code

**terrebone**
County

**real property, principle residence**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **real property, principle res**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
_____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $85,000.00 | $85,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fee simple**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................... →   | $85,000.00 |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

**3.1.**
Make: **hyundai**
Model: **Velocity**
Year: **2012**
Approximate mileage: **45,000**
Other information:
**2012 hyundai Velocity (approx. 45000 miles)**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

**3.2.**
Make: **kawaski**
Model: **650**
Year: **2012**
Approximate mileage: _____
Other information:
**2012 kawaski 650**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

**3.3.**
Make: **chevy**
Model: **truck**
Year: **1992**
Approximate mileage: **162,000**
Other information:
**does not run**
**1992 chevy truck**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

**3.4.**
Make: **kawasaki**
Model: **4 wheeler, 300**
Year: **2012**
Approximate mileage: _____
Other information:
**2012 kawasaki 4 wheeler, 300**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................➔   | **$11,000.00** |

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **Household goods & furnishings**   **$5,800.00**

Karen Cormier

Platinum Membership
Valued Customer Since 2012



Form A022 LA (03/11)

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

**Louisiana Auto Insurance Identification Card**

Policy Number: 52213814          NAIC Number: 10050
Effective Date: 02/06/2017       Expiration Date: 08/06/2017
Insurer: Progressive Security Insurance Co 1-800-876-5581
           PO Box 6807 Cleveland, OH 44101

**Named Insured(s):**
Karen Cormier

**Your Agent:**
Riviere Insurance Agency, Inc 1-985-447-2625
PO DRAWER 1238
THIBODAUX, LA 70302

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2012 | Hyundai | Veloster | KMHTC6AD1CU071385 |
| 1991 | Chevrolet | S10/T10 | 1GCCS19R8M8156373 |

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

This card must be carried in the vehicle at all times as evidence of liability insurance.

**IMPORTANT NOTICE:** La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times. Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.

*PROGRESSIVE*

KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.

Debtor 1   **Karen Cormier**                                        Case number (if known) _____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....                                                                    _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....                                                                    _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....                                                                    _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....                                                                   _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....   **wearing apparel**                                                  **$950.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    ☑ No
    ☐ Yes. Describe.....                                                                   _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....                                                                   _____

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**
    ☑ No
    ☐ Yes. Give specific
    information............                                                                _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here.........................................................................  →   | **$6,750.00** |

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                   Current value of the
                                                                                              portion you own?
                                                                                              Do not deduct secured
                                                                                              claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition
    ☑ No
    ☐ Yes.....................................................................................  Cash: ........................   _____

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................    Institution name:

    17.1.    Checking account:    **checking account** _____    $10.00

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them..........................    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................    Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.    Type of account:    Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them    _____

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes. Give specific
   information about them   _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   ☒ No
   ☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years.....................

   Federal: _____
   State: _____
   Local: _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No
   ☐ Yes. Give specific information

   Alimony: _____
   Maintenance: _____
   Support: _____
   Divorce settlement: _____
   Property settlement: _____

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☒ No
   ☐ Yes. Give specific information   _____

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☒ No
   ☐ Yes. Name the insurance
   company of each policy
   and list its value.................   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
   ☒ No
   ☐ Yes. Give specific information   _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☒ No
   ☐ Yes. Describe each claim........   _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☒ Yes. Describe each claim........ **interest in all earned income credit derived from federal tax returns**   **Unknown**

Official Form 106A/B          Schedule A/B: Property          page 5

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**................................................................➔ | $10.00

## Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.. _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. _____

41. **Inventory**

☐ No
☑ Yes. Describe..  **misc flea market**     | $2,000.00

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe..... _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information. _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**................................................................➔ | $2,000.00



Debtor 1    **Karen Cormier** _____    Case number (if known) _____

<table>
<tr><td>**Part 6:**</td><td>**Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**</td></tr>
</table>

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information............... _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............... _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................. ➔ | $0.00

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................................. ➔ | $0.00

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

## Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2.............................................................................................➜    $85,000.00

56. Part 2: Total vehicles, line 5    $11,000.00

57. Part 3: Total personal and household items, line 15    $6,750.00

58. Part 4: Total financial assets, line 36    $10.00

59. Part 5: Total business-related property, line 45    $2,000.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54    +    $0.00

62. **Total personal property.**    Add lines 56 through 61...................    $19,760.00    Copy personal property total ➜ +    $19,760.00

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    $104,760.00

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | | **Cormier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **real property, principle residence** <br> Line from *Schedule A/B*: __1.1__ | $85,000.00 | ☒ $35,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | La. Const. Art. 12, § 9; La. Rev. Stat. § 20:1 |
| Brief description: <br> **2012 hyundai Velocity (approx. 45000 miles)** <br> Line from *Schedule A/B*: __3.1__ | $5,000.00 | ☒ $7,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(2) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Karen Cormier**                                          Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Household goods & furnishings** <br><br> Line from *Schedule A/B*: __6__ | ___$5,800.00___ | ☑ ___$5,800.00___ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **wearing apparel** <br><br> Line from *Schedule A/B*: __11__ | ___$950.00___ | ☑ ___$950.00___ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **interest in all earned income credit derived from federal tax returns** <br> Line from *Schedule A/B*: __34__ | ___Unknown___ | ☑ ___$0.00___ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 46:111** |

**Fill in this information to identify your case:**

Debtor 1 __Karen_____ __Cormier_____
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF LOUISIANA__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

**2.1**

**Chase Auto Finance**
Creditor's name
**PO Box 78067**
Number   Street

Describe the property that
secures the claim:

**vehicle**

| $3,500.00 | $5,000.00 | |

__Phoenix_____ __AZ__ __85062__
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____ Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $3,500.00 |

Debtor 1  **Karen Cormier**                                   Case number (if known)

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Kawasaki**
Creditor's name
**capital one retail**
Number   Street
**p.o. box 7680**

| Describe the property that secures the claim: | $6,500.00 | $5,500.00 | $1,000.00 |
|---|---|---|---|

**2012 Kawasaki 650, 2012
Kawasaki 4 wheeler**

**Carol Stream    IL    60116**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**direct pay by boy friend**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**SLS**
Creditor's name
**P.O. BOX 105219**
Number   Street

| Describe the property that secures the claim: | $49,000.00 | $85,000.00 | |
|---|---|---|---|

**real property, principle
residence**

**ATLANTA    GA    30348**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **MTG**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write
that number here:                                          **$55,500.00**

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:                        **$59,000.00**

**Fill in this information to identify your case:**

| Debtor 1 | Karen | | Cormier |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $2,430.00 | $2,430.00 | $0.00 |

**Harrington & Myers**
Priority Creditor's Name
**2901 N. Causeway Blv**
Number    Street
**Suite 303**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

| **Metairie** | **LA** | **70002** |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| **2.2** | | $1,200.00 | $1,200.00 | $0.00 |

**Harrington & Myers**
Priority Creditor's Name

**2901 N. Causeway Blvd.**
Number      Street

**Suite 303**

_____

**Metairie         LA    70002**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2011-1**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other.  Specify
      **Attorney fees for this case**

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| | |
|---|---|
| **4.1** | **Unknown** |

**@ Equifax Information Services LLC**
Nonpriority Creditor's Name
**P.O. Box 740241**
Number        Street

**Atlanta              GA      30374**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**notice only to ensure proper credit bureau files**

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Bureau, Notice Only**

| | |
|---|---|
| **4.2** | **Unknown** |

**@ experian**
Nonpriority Creditor's Name
**p.o. box 2002**
Number        Street

**Allen                TX      75013**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**notice only to ensure proper credit bureau files**

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit bureau; notice only**

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.3**

@ Trans Union _____
Nonpriority Creditor's Name
**Attn Public Records Dept**
Number     Street
**555 W. Adams St** _____

**Unknown**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago** _____ **IL    60661** ____
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Credit Bureau; notice only**

notice only to ensure proper credit bureau files

**4.4**

$544.00

**AT & T Collections** _____
Nonpriority Creditor's Name
**PO Box 105503**
Number     Street
_____

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Atlanta** _____ **GA    30348** ____
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Services**

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.5**                                                                                      **$5,685.00**

**Discover**                                    Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**PO Box 30395**                                When was the debt incurred?        _____
Number        Street

_____                        As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☑ Disputed
**Salt Lake City        UT    84130-0395**
City                    State    ZIP Code       Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.        ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☐ Check if this claim is for a community debt       **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.6**                                                                                      **$3,375.00**

**Ebay/I.C. Systems**                           Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**PO Box 64138**                                When was the debt incurred?        _____
Number        Street

_____                        As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☑ Disputed
**Saint Paul             MN    55164**
City                    State    ZIP Code       Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.        ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☐ Check if this claim is for a community debt       **unsecured debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.7**                                                                                      **$1,083.00**

**Lowe's**                                      Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**P.O. Box 530914**                             When was the debt incurred?        _____
Number        Street

_____                        As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☑ Disputed
**Atlanta                GA    30353-0914**
City                    State    ZIP Code       Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.        ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☐ Check if this claim is for a community debt       **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Karen Cormier**                                             Case number (if known) _____

<span style="background:black;color:white">**Part 2:**</span>   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                                    **Total claim**

| 4.8 | | **$6,064.00** |

**Paypal Buyer Credit**
Nonpriority Creditor's Name
**PO Box 960080**
Number      Street

_____

| **Orlando**        | **FL** | **32896-0080** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **unsecured debt**

| 4.9 | | **$5,000.00** |

**Sam's Club Credit Card**
Nonpriority Creditor's Name
**P.O. Box 530970**
Number      Street

**Atlanta        GA     30353-0970**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Allied International Credit Corp**
Name
**6800 Paragon Place**
Number       Street
**Suite 400**

**Richmond**          **VA**   **23230**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**ERC**
Name
**PO Box 23870**
Number       Street

**Jacksonville**          **FL**   **32241**
City                        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.4**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Everette Altdoerffer**
Name
**PO Box 808**
Number       Street

**Edmond**          **OK**   **73083-0803**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Midland Credit Management**
Name
**8875 Aero Dr.**
Number       Street
**Suite 200**

**San Diego**          **CA**   **92123**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.8**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Northland Group Inc.**
Name
**PO Box 390846**
Number       Street

**Minneapolis**          **MN**   **55439**
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1   **Karen Cormier** _____   Case number (if known) _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Synchrony Bank**
Name
**PO Box 960061**
Number    Street

_____

**Orlando**          **FL**    **32896**
City             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1   **Karen Cormier** _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | **$0.00** |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | **$0.00** |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | **$0.00** |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | **$3,630.00** |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. | **$3,630.00** |

|  |  |  | | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | **$0.00** |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | **$0.00** |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | **$0.00** |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$21,751.00** |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. | **$21,751.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Karen | | Cormier |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **Karen** | | **Cormier** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes
      In which community state or territory did you live? ___Louisiana___ Fill in the name and current address of that person.

   __spouse spouse__
   Name of your spouse, former spouse, or legal equivalent

   Number    Street

   City                    State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Karen** First Name   Middle Name   **Cormier** Last Name | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | **Thrift shop** | |
| Employer's name | | **self-employed** | |
| Employer's address | | Number  Street | Number  Street |
| | | City   State  Zip Code | City   State  Zip Code |

How long employed there?   **2 years**

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,500.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$2,500.00** | |

Debtor 1 **Karen Cormier**

Case number (if known)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................ ➔ 4. | $2,500.00 | |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions ............... 5a. | $0.00 | |
| | 5b. Mandatory contributions for retirement plans ............... 5b. | $0.00 | |
| | 5c. Voluntary contributions for retirement plans ............... 5c. | $0.00 | |
| | 5d. Required repayments of retirement fund loans ............... 5d. | $0.00 | |
| | 5e. Insurance ................................................ 5e. | $0.00 | |
| | 5f. Domestic support obligations ............................ 5f. | $0.00 | |
| | 5g. Union dues ............................................. 5g. | $0.00 | |
| | 5h. Other deductions. Specify: _____ 5h.+ | $0.00 | |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $0.00 | |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. 7. | $2,500.00 | |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a ............ 8a. business, profession, or farm | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends ................................... 8b. | $0.00 | |
| | 8c. Family support payments that you, a non-filing spouse, or a ... 8c. dependent regularly receive | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation ............................ 8d. | $0.00 | |
| | 8e. Social Security ......................................... 8e. | $0.00 | |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ 8f. | $0.00 | |
| | 8g. Pension or retirement income ........................... 8g. | $0.00 | |
| | 8h. Other monthly income. Specify: **Kawasaki payment from boyfriend** 8h.+ | $155.00 | |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $155.00 | |
| 10. | Calculate monthly income. Add line 7 + line 9. ................. 10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $2,655.00 + | = $2,655.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | |
| | Specify: _____ 11. + | $0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. 12. | $2,655.00 **Combined monthly income** | |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | |

☑ No.
☐ Yes. Explain:

| None. |
|---|
| |

**Fill in this information to identify your case:**

| Debtor 1 | <u>Karen</u> | | <u>Cormier</u> | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

**Check if this is:**

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?    ☐ No

   Do not list Debtor 1 and    ☑ Yes. Fill out this information
   Debtor 2.                          for each dependent.................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| <u>daughter</u> | <u>10</u> | ☐ No ☑ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $718.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $5.00 |
| 4d. Homeowner's association or condominium dues | 4d. | _____ |

| Debtor 1 | **Karen Cormier** | | | Case number (if known) | |

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans ................................... | 5. | | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas ........................... | 6a. | | $135.00 |
| | 6b. Water, sewer, garbage collection ......................... | 6b. | | $35.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and............................ cable services | 6c. | | $75.00 |
| | 6d. Other. Specify: | 6d. | | |
| 7. | **Food and housekeeping supplies** ................................. | 7. | | $583.00 |
| 8. | **Childcare and children's education costs** ................ | 8. | | |
| 9. | **Clothing, laundry, and dry cleaning** .................. **(See continuation sheet(s) for details)** | 9. | | $80.00 |
| 10. | **Personal care products and services** ................................ | 10. | | |
| 11. | **Medical and dental expenses** .................................. | 11. | | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train .......... fare. Do not include car payments. | 12. | | $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers,** ................................. **magazines, and books** | 13. | | |
| 14. | **Charitable contributions and religious donations** ............................ | 14. | | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance ........................................... | 15a. | | |
| | 15b. Health insurance ........................................ | 15b. | | |
| | 15c. Vehicle insurance ....................................... | 15c. | | $180.00 |
| | 15d. Other insurance. Specify: | 15d. | | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 ............................... | 17a. | | $155.00 |
| | 17b. Car payments for Vehicle 2 .............................. | 17b. | | |
| | 17c. Other. Specify: | 17c. | | |
| | 17d. Other. Specify: / misc expense | 17d. | | $25.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property .................................................................    20a.  _____

    20b.  Real estate taxes .................................................................................    20b.  _____

    20c.  Property, homeowner's, or renter's insurance ......................................    20c.  _____

    20d.  Maintenance, repair, and upkeep expenses .......................................    20d.  _____

    20e.  Homeowner's association or condominium dues ..................................    20e.  _____

21. **Other.** Specify: _____    21.  + _____

22. **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21. ......................................................................    22a.    **$2,391.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. ......................    22b.  _____

    22c.  Add line 22a and 22b. The result is your monthly expenses. .......................    22c.    **$2,391.00**

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I. .....................    23a.    **$2,655.00**

    23b.  Copy your monthly expenses from line 22c above. ..................................    23b.  –  **$2,391.00**

    23c.  Subtract your monthly expenses from your monthly income.
        The result is your monthly net income. ................................................    23c.    **$264.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

Debtor 1   **Karen Cormier**

Case number (if known)

9.   **Clothing, laundry, and dry cleaning (details):**
     **Clothing**                                                          $75.00
     **Laundry/Dry Cleaning**                                              $5.00

                                                          Total:          $80.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen** | | **Cormier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$85,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | **$19,760.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | **$104,760.00** |

## Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$59,000.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$3,630.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F...........................  + | **$21,751.00** |
| | Your total liabilities | **$84,381.00** |

## Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I......................................................... | **$2,655.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................. | **$2,391.00** |

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.** _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.    **From the _Statement of Your Current Monthly Income:_** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

| | |
|---|---|
| | $2,500.00 |

9.    **Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_**

| | Total claim |
|---|---|
| **From Part 4 on _Schedule E/F,_ copy the following:** | |
| 9a.   Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b.   Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d.   Student loans. (Copy line 6f.) | $0.00 |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g.   **Total.** Add lines 9a through 9f. | $0.00 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Karen** | | **Cormier** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF LOUISIANA</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Karen Cormier   *Karen Cormier*   X _____
    Karen Cormier, Debtor 1                         Signature of Debtor 2

Date  <u>06/08/2017</u>                     Date _____
       MM / DD / YYYY                              MM / DD / YYYY

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Karen** | | **Cormier** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Karen Cormier**                                      Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $9,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, _2016_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $8,379.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2015_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $13,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Karen Cormier**                                          Case number (if known) _____

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ **No.**  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
          "incurred by an individual primarily for a personal, family, or household purpose."

        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

        ☐ No. Go to line 7.

        ☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the
            total amount you paid that creditor. Do not include payments for domestic support obligations, such as
            child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

        * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

    ☑ **Yes.**  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

        ☑ No. Go to line 7.

        ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
            creditor. Do not include payments for domestic support obligations, such as child support and alimony.
            Also, do not include payments to an attorney for this bankruptcy case.

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
   corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
   agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations
   such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

Debtor 1    **Karen Cormier**                                    Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland** | **Lawsuit, Eaton** | **17th JDC** | ☐ Pending |
| | | Court Name | |
| | | | ☐ On appeal |
| | | Number    Street | |
| Case number **132576** | | | ☐ Concluded |
| | | City            State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Discover** | **lawsuit, Altdoerffer** | **17th JDC** | ☐ Pending |
| | | Court Name | |
| | | | ☐ On appeal |
| | | Number    Street | |
| Case number **132491** | | | ☐ Concluded |
| | | City            State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached,
    seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any
    amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of
    creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1 __Karen Cormier_____   Case number (if known) _____

| Part 5: | List Certain Gifts and Contributions |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Harrington & Myers** <br> Person Who Was Paid | | | |
| **2901 N. Causeway Blv** <br> Number     Street | | | $70.00 |
| **Suite 303** | | | |
| **Metairie**          **LA**     **70002** <br> City                    State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Karen Cormier** _____   Case number (if known) _____

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☑ No
- ☐ Yes. Fill in the details.

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?   (These are often called asset-protection devices.)

- ☑ No
- ☐ Yes. Fill in the details.

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

- ☑ No
- ☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

- ☑ No
- ☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

- ☑ No
- ☐ Yes. Fill in the details.

Debtor 1    **Karen Cormier** _____    Case number (if known) _____

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No. None of the above applies. Go to Part 12.
    ☐ Yes. Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

    ☐ No
    ☐ Yes. Fill in the details below.

| Debtor 1 | **Karen Cormier** | Case number (if known) | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Karen Cormier**                      X _____

Karen Cormier, Debtor 1                         Signature of Debtor 2

Date    **06/10/2017**                          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

In re  **Karen Cormier**                                     Case No. _____

                                                            Chapter   **13**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................     **$2,500.00**

   Prior to the filing of this statement I have received.......................................................     **$70.00**

   Balance Due..................................................................................................................     **$2,430.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 06/08/2017 | /s/ Elisabeth D. Harrington |
| Date | Elisabeth D. Harrington                    Bar No.  20852 |
| | Harrington & Myers |
| | 2901 N. Causeway Blv |
| | Suite 303 |
| | Metairie, LA 70002 |
| | Phone: (504) 861-0550 / Fax: (504) 861-0180 |

---

/s/ Karen Cormier
**Karen Cormier**

In re:    Karen Cormier                                         Case No.

## EXHIBIT "A"
### Bankruptcy Rule 2016(b) Disclosure of Fixed Fee Agreement

Elisabeth D. Harrington have agreed to provide the following services to the Debtor(s) on a fixed fee basis for a period ending not less than 120 days after confirmation of Debtor(s)' Chapter 13 plan:

1.      I have agreed to provide the following services to the Debtors(s) on a fixed fee basis:

   A.      Counsel with the Debtor(s) on an as needed basis;

   B.      Prepare and timely file a proposed Chapter 13 plan and any required amendments to the plan;

   C.      Prepare and timely file the required petition, schedules, statement of financial affairs, and all other required documents;

   D.      Prepare and file miscellaneous motions required to protect the Debtor(s)' interests in the case;

   E.      Prepare and file responses to motions filed against Debtor(s)--even if the response is a statement that the Debtors have no opposition to the relief requested;  (Section A only) - and attend the scheduled hearing;

   F.      Attend the §341(a) meeting of creditors;

   G.      Review all proofs of claim filed; file proofs of claim for secured or priority claimants provided for under the plan, if the claimant does not timely file a proof of claim; and modify the plan after confirmation or object should a timely proof of claim require greater distributions than provided for by the confirmed plan;

   H.      Prepare and file objections to claims necessary to confirm, implement or enforce the terms of a plan which could have been brought within 120 days of confirmation;

   I.      Attend the confirmation hearing, if required under the circumstances, including but not limited to if Objection is filed; and

   J.      Advise the Debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

   K..      Prepare and file the necessary pleading's to obtain the entry of a discharge if appropriate.

2.      **The fixed fee agreement does not include the following services:**

   A.      Representation of the Debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

   B.      Representation of the Debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

   C.      Representation of the Debtor(s) in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor(s) and;

   D.      Representation on matters for which the first hearing is set more than 120 days following confirmation.

3.      I have not shared or agreed to share any of the compensation paid or to be paid.  The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

4.      As of the filing of this petition, I have received $70.00 in compensation and $2,430.00 will be paid under the chapter 13 plan.


Dated:  June 8, 2017                          /s/  Elisabeth D. Harrington
                                             Elisabeth D. Harrington

**HARRINGTON &
MYERS**
Attorneys at Law

Karen Cormier

**Bankruptcy Representation Agreement**

This contract of employment is hereby made and entered into by and between, Harrington & Myers, Elisabeth D. Harrington & Kirk L. Myers (hereinafter referred to jointly as Attorney) and Client(s). Attorney and Client do hereby bind and obligate themselves to render the services required upon the following terms and conditions:

We have discussed the benefits and drawbacks of filing a petition under Chapter 13 and under Chapter 7 of the U.S. Bankruptcy Act. In certain situations, Chapter 13 can be a useful tool to assist persons who have fallen behind in payments to creditors or have other financial difficulties. We will offer our guidance and advice based on the information provided us.

As we discussed, if you wish to retain our legal services, we will prepare and file a bankruptcy on your behalf under the U.S. Bankruptcy Code, attend the Meeting of Creditors and any related Confirmation Hearing, and advise you generally on your rights and responsibilities in bankruptcy. It is understood that our representation includes you forwarding all scheduled creditor collection calls to our office and you do not want us to forward dunning or collection letters after your case is filed. In the event a scheduled creditor serves you with any legal papers you should immideately telephone our office and file notice of your bankruptcy into the records of the Court where the legal papers are filed.

As your Bankruptcy attorney your retainer fee secures our services and required amendments through the meeting of creditors. In a chapter 13 our services our secured through confirmation and typically for the following 6 months without further fee. In the vast majority of cases, you will not require any additional legal services other than the occasional telephone call to ask about a related bankruptcy question and you will receive your bankruptcy discharge in due course.

However, as your attorney we are always available to discuss your bankruptcy case and there is seldom a charge for our time discussing your case. (by seldom, I mean almost never, and never without advanced warning and only in the most unusual of cases) . Accordingly, we have not built into your retainer fees charges for work which is not typical and for which you many never need.

If additional monies need to be charged for extraordinary work after the time period outlined above, we will reach a new agreement before you have any new obligations to our office. Typically it is only Chapter 13 work which an additional event will occur which will generate another fee. For example, you want to sell your property, or have the need to modify your plan as a result of an unanticipated expense or loss in income. These are routine events in the course of a five year Chapter 13 plan and typically are satisfied with a $350.00 fee. Frequently, this fee can be included within your Chapter 13 plan not requiring any up front money. Naturally, you are always free to retain alternative counsel at your expense if you do not want to reach a new financial agreement with our office. We will gladly forward an electronic copy of your file to the electronic address of your choosing.

It is agreed that, in consideration of work performed prior to the date of this Agreement and the reservation of our time to properly handle your case through conclusion, the full fee will be deemed earned when paid, and we may immediately deposit the full fee into our general operating account. In a Chapter 13 case, our total fees are set by the court and our disclosed in 11 USC 2016 which attached to your bankruptcy petition.

In all chapters, it is expressly understood and agreed that this Retainer Agreement does not cover, and we will not automatically represent you at: contested hearings; adversary proceedings; responses to or hearings on Motions to Lift Stay; Motions to Dismiss; Notices of Sale; or any legal services other than those stated above; without a new retainer and an additional fee. In bankruptcy proceedings, the typical fee for our representation in these types of matters is $350.00 to $6000 (higher fees are for contested matters and/or adversary proceedings) in certain situations, (plus costs) and all or part of the fee can generally be added into the repayment plan. , although we have discussed their possibility, no representations can be made regarding the actions any creditor may take. If this case is converted to another Chapter, there will be an additional fee for our representation in that proceeding. (all as specifically delineated by standing order 2011-1)

To establish our attorney-client relationship, it is the firm's normal practice to receive the full fee in all flat fee cases before starting to represent you. In Chapter 13 cases, and in consideration of your current circumstances we will allow you to pay the fee as indicated in the 2016B attachment to your case which allows our remainder to be paid from the court payments. As you pay the court they will pay us. Please note that we do not accept personal

checks; all payments must be made by cash, certified or treasurer's check, or money order. Generally, speaking our initial fees are earned in full at confirmation and certainly after the bar date in any give Chapter 13.

We reserve the right to file a Proof of Claim in this case and any future case be paid through the Chapter 13 Plan if the balance due has not been paid. You irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of our unpaid fees. If your case is dismissed or converted before our fees are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance of our fees to us directly from funds that could otherwise be returned to you.

Just as you always have the right to terminate your employment of our firm, we may, subject to Court approval, terminate this Agreement at any time and withdraw from representing you if differences arise between us concerning your case or if you do not make the payments required by this Agreement. This agreement shall automatically terminate upon the receipt of your Discharge Order. We cannot and have not guaranteed any specific results in any matter. We have made no representations as to the effect of the bankruptcy on your credit record, the circumstances under which you may be able to obtain credit in the future, or possible federal or state tax implications (and suggest that you have an accountant review such matters). I hereby authorize the secure destruction of my file five years after it is closed by the Bankruptcy Court..

Our firms legal work is limited to Bankruptcy Court and we do not engage in legal work outside the Bankruptcy arena. In the event you require legal assistance in another matter such as divorce, criminal, tort, and/or contract you need to seek alternative legal representation. Further, we are not tax professionals, and can make no representations regarding the tax implications of your bankruptcy filing or any other matter related to it. I strongly recommend that you seek advice from a tax professional, such as a tax attorney or certified public accountant, to discuss such.

Regarding your bankruptcy representation. It is expressly understood and agreed that we will not represent you, we will take no steps to protect your interests, and we are not your attorney until this document has been signed by both of us and returned to our office, and the fee and costs called for have been paid and credited in full.

After your bankruptcy petition is filed, the Court-appointed trustee may require additional information. You must cooperate with the trustee to the fullest extent possible, or the trustee may not recommend approval of your plan or discharge to the Court. Once a Chapter 13 Plan is approved, the Court may require that your payment be made through a payroll deduction from your paycheck.

We rely on your representations as to the completeness and accuracy of your debts and assets, the valuation of your property, your income, the breakdown of your monthly budget and the other information you have provided us. We perform no independent verification or other check of this information, such as obtaining a credit or asset report. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems down the road. Therefore, please review carefully all material and information provided us to insure that it is complete and correct.

It is understood and acknowledged that certain debts may not be dischargeable in a Bankruptcy under both Chapter 13 & Chapter 7's. As such, any liens, security interests, homeowners liens and mortgages, are not released upon your discharge. Debts such as student loans, alimony and child support arrearages, and certain priority taxes may not be discharged, and you will need to make arrangements for the payment of such debts or surrender the property securing the debt following the conclusion of your case. You acknowledge that you have been advised to close or spend (keep receipts for daily living expenses) all financial accounts at an entity to whom you owe or may owe money at the time of filing.

If the above is your understanding of our agreement, and is satisfactory to you, please sign this letter and return it to us along with your certified or treasurer's check or money order for our fee, the filing fee and costs. By signing you are acknowledging that this Agreement has been explained to you, that all of your questions have been adequately answered, and that you have received a copy of this Agreement.

Dated:     June 8, 2017

UNDERSTOOD AND AGREED TO:

/S/ Karen Cormier                                    /S/

## ADDITIONAL CHAPTER 13 ACKNOWLEDGMENT & ADDENDUM'S

As a result of the Legal ruling stemming from IN Re Flugence v Axis. It is expressly agreed and understood that Client(s) have an ongoing and continuing obligation to disclose ALL post-petition causes of action to Harrington & Myers, the Chapter 13 trustee and the Bankruptcy Court. Failure to disclose will result in the complete loss of any monies related to the post-petition cause of action.

Client understand and acknowledge that Client must pay all applicable mortgage company(ies), homeowner's or condominium fees, CERTAIN auto loan(s) and any other secured or leasing creditor(s) the full monthly payment on time once my case is filed. I must file all tax returns on time and pay all taxes incurred after the date of filing. I must pay the Trustee the monthly Chapter 13 Plan payment once my case is filed. If I do not send a payment on time, in full, for my regular monthly payment for my mortgage company(ies), my auto loan(s), any other secured or leasing creditor(s), any taxing authority, the trustee or any creditor to be paid outside the plan, my case may be dismissed and my creditors may begin foreclosure on my property.

Client also understand and agree that if Client does not comply with the foregoing paragraph that any actions to correct the situation resulting thereby are not covered by this Retainer Agreement, and that Attorney will not represent me in such matters unless additional fees are paid.

If during the course of the bankruptcy proceeding you wish to sell real property or any of your other assets, you must let us know well in advance of the transfer so that we can ask the court for approval. Normally there will be a $350 fee for this legal work. If you do not do this, the property or asset may not be able to be legally transferred, which can cause significant problems both with the sale and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

If it is necessary to amend my schedules to add an additional creditor or creditors, or to amend my Chapter 13 Plan, for each amendment, I agree to pay an additional fee to cover court costs, notice and my attorney's time in accordance with 11 USC 2016 and all attachments and addendum's to the 2016 schedule as well as defined by standing order 2011-1.

Client agrees that complex loan history claim analysis is not envisioned in this agreement. In other words neither party to this agreement expects an audit of the loan history of a secured creditor to be included with base fees paid and/or charged in this case. Generally, this type of analysis requires a contested matter and/or adversary proceeding and would be done on an hourly basis if Attorney chooses to represent client in this endeavor. Naturally client is free to retain any counsel of Client's choosing and has the ability to bring this type of litigation in the Court of Client's choosing as this type of litigation may not be limited to Bankruptcy Court. Attorney has filed Client's case based on the balances and past due sums provided by Client, Specifically without an audit or other independent means to verify these numbers. Attorney will gladly amend the plan to provide for any sums higher than originally anticipated and further will reserve all rights for Client to dispute these sums in a separate hearing. However, it is specifically understood and agreed that by filing this Chapter 13, Attorney is not obligated, nor expected to litigate complies loan histories for the sums paid by client for a routine case.

If Client fails to appear for the Meeting of Creditors, Confirmation Hearing, or any other bankruptcy proceeding and it must be rescheduled, And/or if Client fails to provide Attorney with any required asset and employment documents in advance of the Meeting of Creditors, Client agrees to pay all costs associated with the rescheduled or additional hearing and further agrees in advance to authorize Attorney to include these costs within the Chapter 13 plan. Generally speaking, these costs are postage in nature and seldom exceed $50.00 for each event.

Dated:     June 8, 2017

UNDERSTOOD AND AGREED TO:

_____
/S/ **Karen Cormier**

_____
/S/

 **/s/ Kirk Myers   /s/ Elisabeth D. Harrington**
**Harrington & Myers**